## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AYA HEALTHCARE, INC., | § | CIVIL ACTION NO. |
| *Plaintiff*, | § § § | |
| vs. | § § | JURY TRIAL DEMANDED |
| BLIANT SPECIALTY HOSPITAL, LLC, | § § § § | |
| *Defendant*. | § | |

## ORIGINAL COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Aya Healthcare, Inc. ("Aya"), who asserts this Original Complaint against Defendant, Bliant Specialty Hospital, LLC ("Bliant"), and alleges as follows:

## NATURE OF THE ACTION

1. Aya is in the business of providing staffing and recruitment services, primarily to the healthcare industry.

2. Bliant is a long-term care hospital located in New Orleans, Louisiana.

3. In the midst of the COVID-19 pandemic, Bliant contacted Aya seeking to staff crucial positions. Aya agreed to provide Bliant with Clinical Candidates (registered nurses, certified nurse assistants, clinical technicians, therapists, and other clinical, nursing and allied healthcare professionals) and Non-Clinical Candidates (personnel, laborers, and professionals) to staff Bliant's needs. In exchange for Aya's provision of this essential staff, Bliant agreed to pay Aya in accordance with a contractually agreed rate.

4. To memorialize this agreement, Aya and Bliant entered into a Crisis Staffing Services Agreement (the "Staffing Agreement"), dated March 26, 2020. Aya provided the staffing services as agreed, and its personnel carried out their contractual duties with Bliant.

5. However, despite numerous demands, Bliant failed to pay Aya the contractually-required monies owed in accordance with the Staffing Agreement. Thus, Bliant openly breached its contract with Aya, while it simultaneously reaped the benefits of the staffing services Aya provided to its vulnerable patient population.

6. As of September, 2020, the amount due and owing to Aya was $147,750.25.

7. In an effort to avoid litigation over Bliant's breach of the Staffing Agreement, Aya and Bliant entered into a Settlement Agreement wherein Bliant agreed to pay the entirety of the monies owed on an installment basis. A copy of the Settlement Agreement is attached hereto as "Exhibit A."

8. The Settlement Agreement contained an acceleration clause that – in the event of another Bliant breach – would allow Aya to demand payment of the full balance owed, plus default fees, costs, and reasonable attorneys' fees incurred in enforcing Aya's rights under the Staffing Agreement. *See* Exhibit A, ¶ 5(c).

9. Bliant soon defaulted on its installment payment plan, leaving an unpaid balance of $128,750.25, and this suit follows.

**THE PARTIES**

10. Plaintiff, Aya, is a California corporation with its principal place of business located at 5930 Cornerstone Court West, Suite 300, San Diego, CA 92121.

11. Defendant, Bliant, is a Louisiana limited liability company with its principal place of business located at 14500 Hayne Boulevard, New Orleans, Louisiana 70128. Bliant's

sole member is Juanita Bonds, who is a citizen of Louisiana and presently residing within this judicial district at 210 Baronne Street, Unit 716, New Orleans, LA 70112.

## JURISDICTION AND VENUE

12. This Court has subject-matter jurisdiction under 28 U.S.C. § 1332 because: (1) there is complete diversity of citizenship between Aya, a citizen of California, and Bliant, a citizen of Louisiana; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

13. This Court has personal jurisdiction over Bliant under Fed. R. Civ. P. 4(k)(1)(A) and Louisiana Code of Civil Procedure Article 42(a), because the claims asserted herein arose through Bliant's transaction of business in this judicial district pursuant to the Staffing Agreement. Additionally, the contracts at issue in this litigation were executed in Orleans Parish in the State of Louisiana.

14. Venue is proper within this district under the provisions of 28 U.S.C. § 1391(b), in that the events or omissions giving rise to the claims have and are occurring in this judicial district.

## FACTUAL BACKGROUND

15. In March 2020, Bliant sought out Aya to assist Bliant with staffing its facility. Specifically, Bliant required Clinical Candidates and Non-Clinical Candidates to work with Bliant's patients.

16. The Parties entered into the Staffing Agreement on or about April 4, 2020.

17. Pursuant to Section II of the Agreement, Aya agreed to provide Bliant with Clinical Candidates (registered nurses, certified nurse assistants, clinical technicians,

therapists, and other clinical, nursing and allied healthcare professionals) and Non-Clinical Candidates (personnel, laborers, and professionals) to properly staff Bliant's needs.

18. In exchange for Aya's staffing services and the provision of the assigned personnel, Bliant agreed to the payment provisions set out in Addendum "A" of the Staffing Agreement. Pursuant to Section II (d) of the Staffing Agreement, Bliant agreed to pay Aya's invoices within net seven (7) days of their invoice date.

19. Aya provided the staffing services as agreed, and its personnel carried out their contractual duties with Bliant.

20. At all times relevant, Aya performed its contractual obligations and issued invoices to Bliant in accordance with the Staffing Agreement. Bliant, however, failed to make the contractually-required payments under the Agreement, and failed to pay invoices issued under the Agreement.

21. Nonetheless, at all times relevant, Aya continued to provide the staffing services to Bliant in good faith, and Bliant continuously benefited from such services.

22. In addition, Aya has made multiple unsuccessful demands to Bliant regarding payment of the sums due and owing under the Staffing Agreement.

23. As of September, 2020, Bliant had failed to pay $147,750.25 that Aya had invoiced for its services.

24. Bliant's failure to pay these sums constitutes a material default and breach of the Staffing Agreement.

25. In an effort to avoid litigation related to these breaches of the Staffing Agreement, Aya and Bliant entered into a Settlement Agreement wherein Bliant agreed to pay the $147,750.25 owed to Aya. *See* Exhibit "A."

26. Bliant was to pay this sum on the following installment basis: $6,363.04 per month for the first six months and $18,262.00 per month for the following six months. *See* Exhibit "A," ¶ 4.

27. In the event Bliant again breached its contractual obligation to remit payment in a timely fashion, the Settlement Agreement empowered Aya to demand payment of the full balance owed, and also seek payment of any default fees, costs, and reasonable attorneys' fees incurred in enforcing Aya's rights under the Staffing Agreement. *See* Exhibit "A," ¶ 5(c).

28. Bliant defaulted on its installment payment plan. Bliant's failure to make timely payments constitutes a breach of the Settlement Agreement.

29. At the time of this Complaint's filing, Bliant owes Aya $128,750.25, exclusive of the attorneys' fees, interest and costs that Aya has incurred.

## COUNT I
## BREACH OF CONTRACT

30. Aya incorporates by reference and thereby re-alleges the allegations set forth in paragraphs 1 through 29 as if fully set forth herein.

31. The Settlement Agreement is a valid and binding contract between Aya and Bliant

32. Aya has performed all of its obligations under the Settlement Agreement.

33. Bliant has breached its payment obligations under the Settlement Agreement, despite adequate opportunities to make the required payments. Specifically, Bliant has continuously failed to make any payment to Aya, with at least $128,750.25 due and owing.

34. As a direct and proximate result of this non-payment and breach of contract, Aya has suffered monetary damages.

35. All conditions precedent to the filing of his suit have occurred and/or been performed.

36. As a result of Bliant's breach of the Settlement Agreement, it is liable to Aya for damages in an amount to be proven at trial of at least $128,750.25, plus the contractually-agreed upon attorneys' fees, pre- and post-judgment interest and costs.

## PRAYER FOR RELIEF

WHEREFORE, as to all Counts herein, Aya prays that the Court enter an Order granting the following alternative and cumulative relief:

A. Damages for breach of the Settlement Agreement to be proven at trial, totaling at least $128,750.25 plus the contractually-agreed upon attorneys' fees, pre- and post-judgment interest and costs.

B. Any other relief this Court deems just and proper, including an award of costs, interest, and attorneys' fees under the Agreement and/or any applicable law.

## DEMAND FOR TRIAL BY JURY

Aya respectfully demands trial by jury as to all matters triable of right to a jury.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Brian J. Comarda*
Brian J. Comarda
LA State Bar No. 28540
Gordon Rees Scully Mansukhani, LLP
bcomarda@grsm.com
201 St. Charles Avenue; Suite 2500
New Orleans, LA 70170
Telephone: (504) 754-6973
Facsimile: (504) 586-3419

**ATTORNEYS FOR
AYA HEALTHCARE, INC.**